WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MEHRDAD GHADERI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEORGE CLINTON JONES; BASTIAN TRUCKING INC.; and DOES 1 to 50, inclusive,<br><br>　　　　Defendants. | Case No. 8:18-cv-01735-JLS-JDE<br><br>**STIPULATION TO DISMISS MEHRDAD GHADERI'S CLAIM WITH PREJUDICE**<br><br>District Judge: Hon. Josephine L. Staton<br><br>Trial Date: None Set<br><br>Final Pretrial Conference: 4/10/20 |

On October 29, 2019, the parties filed a Stipulation to dismiss Plaintiff MEHRDAD GHADERI's claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a). The Court for good cause shown, grants the Stipulation to dismiss and dismisses MEHRDAD GHADERI's claims with prejudice.

IT IS SO ORDERED.

Dated: October 30, 2019

　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Hon. Josephine L. Staton

-1-
ORDER TO DISMISS MEHRDAD GHADERI'S CLAIM WITH PREJUDICE